IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:15CR196 |
| TIMOTHY DEQUON LEWIS, | ) ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 2nd day of November, 2016, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

    Defendant's Motion to Suppress Fruits of Unlawful Search/Seizure (doc. 79) is TAKEN UNDER ADVISEMENT.

    Defendant's Motion for Bill of Particulars (doc. 76) is DENIED.

    Defendant's Motion for Notice of Intent to Admit Rule 412 Evidence (doc. 77) and Motion in Limine to Exclude Terms (doc. 78) are RESERVED FOR RULING BY THE DISTRICT JUDGE.

    All other pretrial motions are MOOT.

SO ORDERED this 2nd day of November, 2016.

                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA