IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR415-196 |
| | ) | |
| TIMOTHY DEQUON LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Trial in this case is scheduled to begin on March 6, 2017. Accordingly, the parties are **DIRECTED** to file **ALL** pre-trial motions no later than close of business on February 21, 2017. The Court will not consider **ANY** pre-trial motions filed after this date.

SO ORDERED this 15th day of February 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

